Ruffin,. C‘. J.
 

 Without having regard to the circumstance, that the letters of administration to Jones are general and not
 
 de bonis
 
 non, his motion must be denied as not having been made in due time. The act, Rev. St. c. 2, s. 6, allows a suit brought by an administrator to be revived by an administrator
 
 de bonis non,
 
 as it might be revived by an executor upon the death of his testator. Now, by the preceding sections of the act, taken from the acts of 1789 and 1799, according to their settled construction, the executor of a deceased plaintiff must apply to carry on the suit within two terms after the day of the’ testator’s death,
 
 except
 
 in the cases of contest's about a will or the administration — of which there is no suggestion here. Tay. Rep. 134. 2 Hay. 66, This is the third term since the death of the original plaintiff, and therefore the application is not in time to prevent the action from abating.
 

 If the death of the plaintiff had occurred while the case was held under
 
 advisari
 
 here, we might enter the judgment
 
 mine pro
 
 tunc, as of a day previous to the death ; but in fact that event occurred before the case was constituted in this court, or, at least, before the first term, so that there is no day, of which a judgment could be entered in this court in the life of the party.
 

 Per Curiam, Motion disallowed.